UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  08cr1241-WQH |
| | ) | |
| Plaintiff, | ) | AMENDED ORDER OF |
| | ) | CRIMINAL FORFEITURE |
| v. | ) | |
| | ) | |
| LAWRENCE LESTER NIXON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 29, 2008, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of LAWRENCE LESTER NIXON in the properties listed in the Information, namely,

(1) **Dell Dimension 8300 mid-tower computer, serial number 5GKWW41, with Seagate hard drive, model ST3120026AS, serial number 3JT4G3YV; and**

(2) **External hard drive ACOM model HD080FE, Firewire interface, Maxtor model D740X-6L, serial number 664134015833**.

For thirty (30) consecutive days ending on October 25, 2008, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right

//

1  to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the
2  validity of their alleged legal interest in the properties.
3  There were no potential third parties known to the United States to have alleged an interest
4  in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.
5  Thirty (30) days have passed following the final date of notice by publication, and no third
6  party has made a claim to or declared any interest in the forfeited properties described above.
7  Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result
8  of the failure of any third party to come forward or file a petition for relief from forfeiture as
9  provided by law, all right, title and interest of LAWRENCE LESTER NIXON and any and all third
10  parties in the following properties is hereby condemned, forfeited and vested in the United States
11  of America:

12  **(1)    Dell Dimension 8300 mid-tower computer, serial number 5GKWW41, with Seagate hard drive, model ST3120026AS,**
13  **serial number 3JT4G3YV; and**

14  **(2)    External hard drive ACOM model HD080FE, Firewire interface, Maxtor model D740X-6L, serial number**
15  **664134015833**.

16  IT IS FURTHER ORDERED that costs incurred by the Customs and Border Protection and
17  any other governmental agencies which were incident to the seizure, custody and storage of the
18  properties be the first charge against the forfeited properties.
19  IT IS FURTHER ORDERED that the Customs and Border Protection shall dispose of the
20  forfeited properties according to law.
21  DATED:    December 11, 2008
22
                                            _____
                                               **WILLIAM Q. HAYES**
23                                           United States District Judge
24
25
26
27
28